**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 77 MAL 2014
:
     Respondent  :
           : Petition for Allowance of Appeal from the
           : Order of the Superior Court
    v.       :
:
:
:
ELIJAH ISHMAIL,    :
:
     Petitioner   :


## ORDER


**PER CURIAM**

  **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.